IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-97-0202 LKK PAN P

    vs.

SPENCER SAWYER,

    Movant.                       <u>ORDER</u>

_____/

Movant has requested an extension of time to file and serve an opposition to respondent's motion to dismiss pursuant to the court's order of February 24, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Movant's request for an extension of time is granted; and

    2. Movant is granted 45 days from the date of this order to file and serve an opposition to respondent's motion to dismiss.

DATED: May 24, 2006.

                                                        _/s/ John F. Moulds_
                                                        UNITED STATES MAGISTRATE JUDGE

\004
\sawy0202.236

1