PROB 35A                                **NOTICE OF DEATH**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | )   **Docket Number: 2:97CR00202-02** |
| | ) |
| Spencer SAWYER | ) |
| | ) |

On January 28, 2000, and amended on June 26, 2001, the above-named was sentenced to a period of 968 months custody with 60 months of supervised release to follow.

On November 20, 2007, this office was notified by U.S. Medical Center, Springfield that Spencer Sawyer was confirmed dead by Thomas W. Jones, M.D. on October 22, 2007 (copy of the notification is on file). It is accordingly recommended this case be closed.

                              Respectfully submitted,


                              TERRI L. WILKINS
                       **Supervising United States Probation Officer**


Dated: November 27, 2007
Sacramento, California

1

**Re:  Spencer Sawyer**
    **Docket Number: 2:97CR00202-02**
    **NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Spencer Sawyer is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

November 29, 2007
**Date**

**Lawrence K. Karlton**
**Senior United States District Judge**

(Notification copy on file)

cc:     AUSA

        FLU Unit - United States Attorney's Office

        Fiscal Clerk - Clerk's Office

        Restitution Accounts - Victims